```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DKC GROUP HOLDINGS, LLC and DANA      :
KEPNER COMPANY,                       :        24cv7387(DLC)
                                      :
                Plaintiffs,           :        ORDER
        -v-                           :
                                      :
REECE, INC. f/k/a MORSCO, INC.,       :
                                      :
                Defendant.            :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 30, 2024, the defendant removed this case from the Supreme Court of the State of New York, County of New York, on the basis of diversity jurisdiction. On October 2, the Court ordered the defendant to show cause why this action should not be remanded to state court. On October 3, the defendant filed a Notice of Non-Opposition. Accordingly, it is hereby

ORDERED that this case is forthwith remanded to state court. The Clerk of Court shall close this case.

Dated:   New York, New York
         October 3, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge